UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABEL NORSE, | No. 2:15-cv-1358-JAM-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, | |
| Defendant. | |

Plaintiff's request for an extension of time to pay the filing fee is GRANTED. Plaintiff shall pay the filing fee no later than October 30, 2015.

This order resolves ECF No. 4.

IT IS SO ORDERED.

Dated: September 8, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1