UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABEL NORSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA<br>DEPARTMENT OF MOTOR VEHICLES,<br><br>　　　　　Defendant. | No.  2:15-cv-1358-JAM-KJN PS<br><br><br>ORDER |

　　　　Plaintiff, proceeding without counsel, commenced this action on June 26, 2015.  (ECF No. 1.)  On October 29, 2015, attorney Lawrence Bohm filed a request to be substituted as counsel for plaintiff.  (ECF No. 6.)  The court grants that request.

　　　　Furthermore, in light of the appearance of counsel on plaintiff's behalf, the court refers the action to the assigned district judge.  See E.D. Cal. L.R. 302(c)(21) ("Actions initially assigned to a Magistrate Judge under this paragraph shall be referred back the assigned Judge if a party appearing in propria persona is later represented by an attorney appearing in accordance with L.R. 180.").

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  The request for substitution of counsel (ECF No. 6) is GRANTED.

　　　　2.  The action is referred to the assigned United States District Judge.  Further

1

1 proceedings in this action, other than discovery motions and other matters
2 appropriately referred to the undersigned under the court's Local Rules, should now be
3 noticed before the assigned United States District Judge.
4    3. The Clerk of Court shall re-designate the action as a regular civil action with the case
5 number 2:15-cv-1358-JAM-KJN.
6 IT IS SO ORDERED.
7 Dated: November 2, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2